THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY DIAZ, *et al.*, | CASE NO. C21-0419-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., a Delaware corporation with its principal place of business in Washington, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation and proposed order of withdrawal (Dkt. No. 36). Pursuant to the stipulation and Local Civil Rule 83.2(b), the Court GRANTS leave for the following attorneys to withdraw from this action:

- Katherine V.A. Smith, Gibson Dunn & Crutcher LLP;
- Bradley J. Hamburger, Gibson Dunn & Crutcher LLP;
- Michael Holecek, Gibson Dunn & Crutcher LLP; and
- Megan M. Cooney, Gibson Dunn & Crutcher LLP.

//

//

MINUTE ORDER
C21-0419-JCC
PAGE - 1

1 | DATED this 30th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk