THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY DIAZ, *et al.*, | CASE NO. C21-0419-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., a Delaware corporation with its principal place of business in Washington, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to stay this matter (Dkt. No. 51). The parties note that this Court has stayed another matter related to Amazon flex drivers pending the outcome of *Sw. Airlines Co. v. Saxon*, 993 F.3d 492 (7th Cir. 2021), *cert. granted*, No. 21-309, 2021 WL 5858631 (2021), and *Moriana v. Viking River Cruises, Inc.*, 2020 WL 5584508 (Cal. App. 2d Dist. 2020), *cert. granted*, 20-1573, 2021 WL 5911481 (2021). (Dkt. No. 51 at 2.) The parties thus request that the Court Stay this matter until the Supreme Court issues its opinion in *Saxon*. (*Id.* at 3.)

Pursuant to the parties' stipulation, the Court GRANTS the motion (Dkt. No. 51) and STAYS this matter pending the United States Supreme Court's issuance of an opinion in *Saxon*.

1  The Court further DENIES without prejudice Defendants' motion to compel arbitration and stay
2  proceedings (Dkt. No. 48). Defendants may refile their motion once the Court lifts the stay. The
3  parties are DIRECTED to file a status report and proposed further briefing schedule within one
4  week of the decision.

5  DATED this 14th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
